**Order entered January 31, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00043-CV

## IN THE INTEREST OF J.C., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-20-00975-X**

## ORDER

This is an accelerated appeal in a child protection case. The clerk's record has been filed; the reporter's record is overdue.

The clerk's record reflects the trial court found Mother and Father to be indigent and appointed trial counsel for each of them. The record further reflects trial counsel was "released" from this case when the final decree was signed. While appellate counsel has been appointed for Mother, nothing before the Court reflects Father, who is presumed to remain indigent through any appeals absent changed circumstances, has been appointed appellate counsel. *See In re P.M.*, 520 S.W.3d 24, 26 (Tex. 2016) (per curiam) (citation omitted).

Accordingly, we **ORDER** the trial court to appoint counsel to represent Father on appeal and to transmit to this Court, **no later than February 4, 2022**, a supplemental clerk's record containing the order appointing counsel.

We note that on January 28, 2022, Mother filed written verification that she had requested the reporter's record. Accordingly, we **ORDER** Pamela Sumler, Official Court Reporter for the 305th Judicial District Court, to file the record **no later than February 7, 2022**. To ensure the timely filing of the record, the trial court must arrange for a substitute reporter if necessary. *See* TEX. R. APP. P. 28.4(b)(1).

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Cheryl Lee Shannon, Presiding Judge of the 305th Judicial District Court; Dallas County District Clerk Felicia Pitre; Ms. Sumler; and, all parties.

We **ABATE** the appeal to allow the trial court an opportunity to comply with this order. It shall be reinstated no later than February 9, 2022.

/s/    CRAIG SMITH
       JUSTICE